O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5176 AHM (AJWx) | Date | August 14, 2009 |
|---|---|---|---|
| Title | CONTINENTAL CASUALTY COMPANY, et al. v. SOCO WEST, INC.. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:** IN CHAMBERS (No Proceedings Held)

Plaintiffs Continental Casualty Company and The Continental Insurance Company (collectively "Continental") filed two actions in Los Angeles Superior Court, both of which have been removed by Defendant Soco West, Inc. Both suits arise from a dispute over coverage for an underlying environmental lawsuit brought against Soco West. The first action, "the Declaratory Judgment Action" (CV 09-0413), concerns whether Continental must indemnify Soco West and pay its defense costs in the underlying lawsuit. The second action, "the Arbitration Action" (CV 09-5176), is a Petition to Compel Arbitration over the rate at which Continental must pay the lawyers Soco West hired to defend it, assuming Continental is liable. Continental has now filed a motion to remand the Arbitration action on the basis that the amount in controversy is less than $75,000.

Common sense and fairness demonstrate that arbitration in any forum before a determination of the Declaratory Judgment Action would be ill-advised, because it may turn out that Continental owes no duty at all to pay defense costs. Surely any state court judge would reach the same conclusion. The Court therefore DENIES as moot the motion to remand,[1] without prejudice. Since this Court can always re-examine its subject matter jurisdiction over the Arbitration Action, no external factors preclude determination of a remand motion at a later time.

//
//

---

[1] Docket No. 9.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5176 AHM (AJWx) | Date | August 14, 2009 |
|---|---|---|---|
| Title | CONTINENTAL CASUALTY COMPANY, et al. v. SOCO WEST, INC.. | | |

     For the reasons stated above, the Court also STAYS this matter and ORDERS the Court Clerk to take it off the Court's active calendar until the Declaratory Judgment Action (CV 09-0413) has been resolved.

     No hearing is necessary.  Fed. R. Civ. P. 78; L. R. 7-15.

|  | : |  |
|---|---|---|
|  | Initials of Preparer | SMO |

**JS-6**